(No. 6128—⬛)

TEXTILE INDUSTRIES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 30, 1971.*

TEXTILE INDUSTRIES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L.S. ARKEMA, JR., Assistant Attorney General, Respondent.

PERLIN, C.J.

(No. 6131—⬛)

PETTITT PHOTO SERVICE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS, Respondent.

*Opinion filed August 30, 1971.*

PETTITT PHOTO SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.